UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
:
IRENE ALTAGRACIA RODRIGUEZ FERMIN,                    :
:
Plaintiff,                 :
:                    17-CV-7777 (JMF)
-v-                                    :
:                    ORDER
COMMISSIONER OF SOCIAL SECURITY,               :
:
Defendant.               :
:
--------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

This case has been reassigned to the undersigned. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at http://nysd.uscourts.gov/judge/Furman.**

Defendant shall respond to Plaintiff's January 5, 2021 motion for attorney's fees, ECF No. 23, no later than **August 19, 2021**; no reply will be permitted absent leave of Court. In the absence of an opposition by August 19, 2021, the Court will treat the motion as unopposed.

SO ORDERED.

Dated: August 12, 2021
New York, New York

JESSE M. FURMAN
United States District Judge