UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IRENE ALTAGRACIA RODRIGUEZ FERMIN,

        Plaintiff,                          Civil Action No.:
                                                   1:17-cv-07777-~~WHP-KNF~~ (JMF)

  - against -

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.                     **NOTICE OF MOTION**
-----------------------------------------------------------X

      **PLEASE TAKE NOTICE** that upon all the prior proceedings filed and the attached affirmation, memorandum, and Exhibits, the undersigned moves this Court, on submission, for an order awarding attorney's fees under 42 U.S.C. § 406(b).

Dated:  January 5, 2021

                                          By:    /s/ Daniel Berger
                                                     Daniel Berger, Esq.
                                                     1000 Grand Concourse, Suite 1-A
                                                   Bronx, NY 10451
                                                   (718) 588-4715
                                                   Fax: (718) 588-7319
                                                   Email: danielbergeresq@aol.com

The motion is GRANTED, substantially for the reasons set forth in the supporting Memorandum of Law, see ECF No. 25, and in the Commissioner's response, see ECF No. 29.

The Clerk of Court is directed to terminate ECF No. 23.

                                                     SO ORDERED.

                                                     August 23, 2021